UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-CV-79-F

IN RE: )
NON-JUDICIAL CIVIL FORFEITURE )
PROCEEDING ) ORDER
)
)
)
)
)

This matter is before the court upon the United States Attorney's Office's "Notice of Conclusion" [DE-79]. The court interprets the Government's motion to be a Notice of Voluntary Dismissal made pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and therefore this action is DISMISSED without prejudice. All pending motions are DENIED as moot, and the Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 15 day of August, 2013.

JAMES C. FOX
Senior United States District Judge